FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3:25 pm, Apr 15, 2019
JEFFREY P. COLWELL, CLERK

4-10-19

Dear,
Alfred Arraj,

hellow Sir, Good day. My name is Chris Coulter Doc #146137.

I was only out on parole for 3½ months. I plead Guity to a D-M2 "unlawful use". The parole officer Doug Schat raised his right hand and swore on the bible to God to only tell the truth under the penalty of purgury, and then he lied twice, and very easily to prove Commited purgury.

He lied and said "I failed to show up to any OF my Drug Classes, because I failed to even show up for my Drug/Alcohol assesment, which is a obvious lie which prove's it's self Just to lissen to the audio recording of the hearing held on 4-2-19, tape #815449. Reason being because on Parole Complaint #213002C, which was held on 4-2-19, 3 of the technical violations wer that, "I failed to provide a specimen for Drug/Alcohol testing at 1032 Royal Gorge Blvd. Canon City, Co 81212; at RMOMS as required and directed by the UA call in line. All on tape #815449. So how did I fall to take 3 UA's as required and directed by the UA call in line, if I failed to go to my Drug/Alcohol assesment? Right, right... I did go to my assesment, and I was assesed as needing two UA's a month, and no Classes for anything, and I was assigned the color Ruby for the call in line. Plus RMOMS will have records of all this.

Now the second lie Schat's told under Oath. He also stated at my hearing on 4-2-19 that "I

P.S.) I waiting for the bus to go to DOC right now, so please make shure my mail will be forwarded to me, thank you.

refused to take the MRT class here in the jail, which lead my parole officer Hudspeth to believe that "I had no intentions of complying with parole at all." Well this is real funny because on 11/06/2018 I had dep. Lucero go tell Doug Schat that I wanted to take MRT and Schat's told her that "I could not take the class because of my new charge." Yea, nobullshit! And Dep. Lucero will testify to this. And their are for E-mail kites between Lucero and I on the kiosk system here that can ~~be used to~~ prove this as well. Plus Parole only has 10 working days to file a complaint of a new charge from the P.O.'s knoledge of my catching of the new charg. And Doug Schat's had knoledge of it on 11-6-18, but no complaint was written or scarved until 11-17-18, which is a violation of my Do Rites Procces, and by law they have to dismiss the complaint, which they did not, they sent me back for my remainder of parole, which was illegal, and so now I am being held illegally against my will, and I want to sue them for rongful imprisonment. And I want charges filed with the DA's office on Doug Schat for purgery. My wishish are to sue and fully press charges. Can you please get ahold of the head of parole, board members and tell them whats going on? And can you please pick up my case? And or can you please mail me a 1983 prisoner packet, because I need it. And or also I am asking you to appoint me councle for all of this. Please sir, I need help. Thank you for your time and consideration into this for me, sincerily, Chris Coulter

Case No. 1:19-cv-01106-LTB Document 1 filed 04/15/19 USDC Colorado pg 3 of 3

