# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01106-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

CHRIS COULTER,

     Applicant,

v.

[NO RESPONDENT NAMED],

     Respondent.

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

Applicant, an inmate at the Fremont County Detention Center in Cañon City, Colorado, has submitted to the court a letter (ECF No. 1)[1] complaining about a parole revocation and being held illegally against his will.   Although not entirely clear, it appears that Applicant may intend to pursue one or more claims for habeas corpus relief.   Therefore, the instant habeas corpus action has been commenced.   As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the letter is deficient as described in this order.   Applicant will be directed to cure the following if he wishes to pursue any habeas corpus claims in this action.   Any papers that Applicant files in response to this order must include the civil action number on this order.

---

[1] "(ECF No. 1)" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic filing system (CM/ECF).   The court uses this convention throughout this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   xx     is not submitted
(2)   ___     is missing affidavit
(3)   ___     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   xx     is missing certificate showing current balance in prison account
(5)   ___     is missing required financial information
(6)   ___     is missing authorization to calculate and disburse filing fee payments
(7)   ___     is missing an original signature by the prisoner
(8)   ___     is not on proper form (must use the court's current form)
(9)   ___     names in caption do not match names in caption of complaint, petition or habeas application
(10) xx     other: <u>motion and certificate are necessary only if $5.00 filing fee is not paid in advance</u>.

**Complaint, Petition or Application**:
(11) xx     is not submitted
(12) ___     is not on proper form
(13) ___     is missing an original signature by the prisoner
(14) ___     is missing page nos. ____
(15) ___     uses et al. instead of listing all parties in caption
(16) ___     names in caption do not match names in text
(17) ___     addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___     other: _____.

Accordingly, it is

      ORDERED that Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**.   Any papers that Applicant files in response to this order must include the civil action number on this order.   It is

      FURTHER ORDERED that Applicant shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.   It is

      FURTHER ORDERED that, if Applicant fails to cure all of the designated

deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.   The dismissal shall be without prejudice.

DATED April 15, 2019, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge