

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

RECEIVED
APR 18 2019

19cv1106 LTB

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 07 2019
JEFFREY P. COLWELL
CLERK

PRESENCE OF THE
LEGAL MAIL
FOR USE ONLY IN THE

INMATE

Doc #3

NIXIE    808    DC 1    0005/05/19
    RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD
BC: 8029425099    *1220-07130-15-40

RETURN TO SENDER
UNABLE TO DELIVER

81214153
80294>2500

neopost
04/16/2019
US POSTAGE
$00.50⁰
FIRST-CLASS MAIL
ZIP 80294
041L11245087