IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01106-GPG

CHRIS COULTER,

    Applicant,

v.

[NO RESPONDENT NAMED],

    Respondent.

## ORDER OF DISMISSAL

    Applicant, Chris Coulter, was an inmate at the Fremont County Detention Center in Cañon City, Colorado, when this action was initiated. Mr. Coulter submitted to the Court a letter (ECF No. 1) complaining about a parole revocation and being held illegally against his will. The Court commenced a habeas corpus action and, on April 15, 2019, Magistrate Judge Gordon P. Gallagher ordered Mr. Coulter to cure certain deficiencies if he wishes to pursue any habeas corpus claims. More specifically, Mr. Coulter was directed to file an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and either to pay the $5.00 filing fee for a habeas corpus action or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 along with a certificate showing the balance in his inmate account. Mr. Coulter was warned that the action would be dismissed without further notice if he failed to cure all of the deficiencies within thirty days.

    On May 7, 2019, the copy of Magistrate Judge Gallagher's April 15 order that

was mailed to Mr. Coulter at the Fremont County Detention Center was returned to the Court undelivered. The returned envelope is stamped "RETURN TO SENDER, UNABLE TO DELIVER" and bears another stamp or sticker that reads "RETURN TO SENDER, NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD." (*See* ECF No. 4.)

Mr. Coulter has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Gallagher's April 15 order. He also has failed to file a notice of change of address within five days of any change of address as required by the Court's local rules. *See* D.C.COLO.LCivR 5.1(c). Therefore, the action will be dismissed without prejudice for failure to prosecute and comply with the Court's local rules.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Coulter files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Coulter failed to prosecute and comply with the Court's local rules. It is

FURTHER ORDERED that no certificate of appealability will issue because Mr.

Coulter has not made a substantial showing of the denial of a constitutional right.   It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this   22nd   day of     May        , 2019.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court