IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01106-LTB

CHRIS COULTER,

    Applicant,

v.

[NO RESPONDENT NAMED],

    Respondent.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 22, 2019, it is hereby

ORDERED that Judgment is entered in favor of Respondent and against Applicant.

DATED at Denver, Colorado, this 22 day of May, 2019.

    FOR THE COURT,

    JEFFREY P. COLWELL, Clerk

    By: s/ *A. Garcia Garcia*
        Deputy Clerk