OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 31 2019

JEFFREY P. COLWELL
CLERK

19-W-W06-GRP67
#5,6

RETURN TO SENDER

CERTIFIED
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/23/2019
US POSTAGE $00.65⁰
ZIP 80294
041L11245087
FIRST-CLASS MAIL